Matter of Altman v Fiore (2024 NY Slip Op 04201)

Matter of Altman v Fiore

2024 NY Slip Op 04201

Decided on August 14, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
PAUL WOOTEN
JANICE A. TAYLOR
LOURDES M. VENTURA, JJ.

2024-04176

[*1]In the Matter of Charles Altman, petitioner,
v
Keri A. Fiore, etc., respondent. Altman Law Group LLC, Rye, NY (Charles Altman pro se of counsel), for petitioner.

Letitia James, Attorney General, New York, NY (Miranda Onnen of counsel), for respondent.

DECISION & JUDGMENT
Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of mandamus to compel the respondent, Keri A. Fiore, a Justice of the Supreme Court, Westchester County, to continue an inquest in an action entitled Seltzer v Altman , pending in that court under Index No. 12735/11.
ADJUDGED that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.
The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (see Matter of Legal Aid Socy. of Sullivan County v Scheinman , 53 NY2d 12, 16). The petitioner has failed to demonstrate a clear legal right to the relief sought.
The parties' remaining contentions either are without merit or need not be reached in light of our determination.
CHAMBERS, J.P., WOOTEN, TAYLOR and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court